UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
DETROIT DIVISION

In the matter of:

REBECCA L. GARZA

Case No.: 14-44697-TJT
Chapter 7
Judge: THOMAS J. TUCKER

Debtor(s).
_____/

## STIPULATION EXTENDING DEADLINE TO FILE COMPLAINT OBJECTING TO DISCHARGE

The undersigned hereby stipulate to the attached order.

Dated: June 24, 2014

/s/ Douglas S. Ellmann
Douglas S. Ellmann (P34617)
Ellmann & Ellmann, P.C.
308 West Huron
Ann Arbor, MI 48103
(734) 668-4800
dse@ellmannlaw.com

/s/ William C. Babut
William C. Babut (P41099)
William C. Babut, P.C.
700 Towner Street
Ypsilanti, MI 48198
(734) 485-7000
wbabut@babutlaw.com

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
DETROIT DIVISION

In the matter of:

REBECCA L. GARZA

Case No.: 14-44697-TJT
Chapter 7
Judge: THOMAS J. TUCKER

Debtor(s).
_____/

## ORDER APPROVING STIPULATION EXTENDING DEADLINE TO FILE COMPLAINT OBJECTING TO DISCHARGE

The Court having reviewed the Stipulation between Debtor's attorney and the Panel Trustee,

IT IS HEREBY ORDERED that the Stipulation is approved and that the deadline for the Trustee to file a complaint objecting to Debtor(s) discharge under 11 USC §727 shall be extended until August 29, 2014.